IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-cr-00263-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  YONGBO SHEN,
      a/k/a  Kevin Shen, and
2.  MARLA DANIELS,

      Defendants.

---

# INDICTMENT

---

The Grand Jury charges:

## COUNTS  1 – 36
### (Wire Fraud and Aiding and Abetting)

#### Background

At all times relevant to this Indictment:

1.  Defendant YONGBO SHEN, a/k/a Kevin Shen ("SHEN"), was a Chinese National residing and working within the United States.  SHEN was fluent in Chinese and he conducted various business activities in Colorado and elsewhere which included facilitating and assisting other individuals, commonly Chinese Foreign Nationals, in obtaining massage therapy licenses in various states, including Colorado.

2.  Defendant MARLA DANIELS ("DANIELS"), was a resident of Colorado who operated various businesses in the state including, an occupational school which provided

1

instruction and training in massage therapy and cosmetology.

3.   Majestic Vocational Training Center ("Majestic") was a private business owned by DANIELS which she operated in the Aurora, Colorado area.   Among other things, Majestic operated as an occupational school under the regulatory oversight of Colorado's Division of Private and Occupational Schools ("DPOS").   Majestic's purported purpose was to provide educational instruction and training to persons who were pursuing a career in massage therapy and who were seeking a state license to practice massage therapy (hereinafter such a person is referred to as "Applicant").

4.   The Federation of State Massage Therapy Boards ("FSMTB") was a national organization headquartered in Kansas which was comprised of state regulatory boards and agencies that regulate the massage therapy profession.  FSMTB's stated mission purpose was to support various state regulatory boards in their work to ensure that the practice of massage therapy was provided to the public in a safe and effective manner.   As part of this process, FSMTB set forth uniform standards and minimal proficiency requirements related to the profession of massage therapy.

5.   The Massage and Bodywork Licensing Examination ("MBLEx") was a nationally standardized massage licensing examination which was governed and administered by the FSMTB.   The purpose of the test was to provide a valid, reliable licensing examination to determine entry-level competency.  The MBLEx was only offered in the English or Spanish language.  FSMTB possessed a proprietary right to the MBLEx questions and answers which were highly protected confidential business information. The MBLEx was not available to the public and was protected by U.S. copyright laws as it included valuable trade secrets.   In order for an applicant to be eligible to take the MBLEx, FSMTB required that the applicant supply

FSMTB with the identity of the state approved massage therapy school which the applicant attended.  FSMTB would not allow an applicant to take the MBLEx and have access to the test questions and answers unless the applicant had previously completed the required massage therapy education and training.  In addition, FSMTB possessed a proprietary interest in the MBLEx score report which set forth an applicant's test results on a document bearing FSMTB's unique logo.

6.   The Colorado Department of Regulatory Agencies, Office of Massage Therapy Licensure ("DORA"), was a state agency responsible for licensing various occupations and professions within the State of Colorado, including massage therapists.    During the time of the scheme described below, DORA was a member of the FSMTB.

State of Colorado Massage Therapy Licensing Protocol

7.   In order for an applicant to obtain a massage therapy license ("MTL") in Colorado, the applicant was required to satisfy at least two minimal requirements under the Colorado Massage Therapy Practice Act, Colorado Revised Statute 12-35.5-107.  First, the applicant was required to be educated in the proper procedures of massage therapy which required successful completion of a program that consisted of at least 500 total hours of course work and clinical work from an approved massage school.    Second, the applicant was required to successfully pass a DORA approved examination which included the MBLEx.

8.   After the applicant satisfied the above two requirements, the State of Colorado required the applicant to submit a formal application to DORA for a massage therapy license, which included paying a processing fee and passing a criminal history record check.    As part of the application process, DORA also required that the applicant authorize FSMTB to transmit the applicant's respective MBLEx test score results directly to DORA, confirming that the applicant

successfully passed the examination.   In turn, DORA would process the licensing application,

and assuming the above criteria were satisfied, DORA would issue the applicant a MTL.  Such

MTL authorized the applicant the right to practice as a "massage therapist" within Colorado,

including for commercial gain.

<u>The Scheme</u>

9.  On or about February 16, 2015, and continuing through and including on or about

March 3, 2018, in the State and District of Colorado, and elsewhere, defendants SHEN,

DANIELS, and Applicants together and with other persons known and unknown to the Grand

Jury devised and intended to devise a scheme and artifice to defraud, and for obtaining money

and property by means of materially false and fraudulent pretenses, representations and promises

from FSMTB, and aided and abetted the same.

10.  As part of the scheme, SHEN fraudulently obtained MBLEx test questions and

answers,  with the assistance of other persons known and unknown to the grand jury.   With the

help of such others, SHEN then caused such materials to be translated from English to Chinese,

creating an MBLEx test materials packet.   Such packet essentially functioned as an unauthorized

question and answer key for the examination (referred to as a "cheat sheet").

11.  As part of the scheme, SHEN distributed the cheat sheet to multiple applicants in

exchange for a monetary fee.   Such applicants were seeking to pass the MBLEx in an effort to

obtain massage therapy licensure in Colorado, and at times other states.  Such cheat sheets

allowed unqualified applicants to pass the MBLEx and provided the applicants with an unfair

competitive advantage over other persons taking the MBLEx.

12.  As part of the scheme, SHEN compiled, created and distributed the cheat sheet to

applicants without the knowledge and permission of the FSMTB.   SHEN collected unauthorized

payments from applicants in return for the cheat sheet and in the process deprived FSMTB of its property rights in the MBLEx.

13. As part of the scheme, SHEN also assisted and arranged for applicants to obtain false credentialing related to the applicants' education and training in massage therapy.

14. As part of the scheme, SHEN and DANIELS worked together to help create and falsify Majestic course transcripts for multiple applicants seeking a MTL. The transcripts falsely claimed that the applicants completed required class work and course work in massage therapy. DANIELS and SHEN also created and issued multiple bogus diplomas which falsely certified that applicants graduated from the Majestic massage therapy school. Together, the false transcripts and bogus diplomas misrepresented that the applicants had successfully completed the requisite 500 hours of instruction and training from a massage therapy licensure program. At times, DANIELS and SHEN also utilized the services and assistance of other persons known and unknown to the grand jury when creating such false transcripts and diplomas.

15. As part of the scheme, SHEN regularly made cash payments to DANIELS in exchange for her assistance in creating and providing the transcripts and diplomas from her massage therapy school Majestic. SHEN and DANIELS created the false credentialing for multiple applicants without the knowledge or consent of Colorado's Division of Private Occupational Schools and contrary to the Division's requirements.

16. As part of the scheme, SHEN charged the applicants a fee for arranging for their false credentials. As part of this service, SHEN then registered numerous applicants to sit for the MBLEx. As part of obtaining permission from FSMTB to allow for the applicant to sit for the examination, SHEN provided, or caused to be provided, to FSMTB false credentials for the applicants which included falsified course transcripts and diplomas from Majestic. Prior to the

applicants sitting for the examination, SHEN routinely provided the applicants with his cheat sheet and instructions related to taking the examination.

17.  As part of the scheme, SHEN falsely certified to FSMTB that the information and supporting documents provided to FSMTB in connection with applicants' applications to take the MBLEx was accurate and true, when in fact, SHEN knew such applications contained false information regarding the applicants' education qualifications.

18.  As part of the scheme, SHEN caused FSMTB to transmit applicants' respective MBLEx test score reports directly to DORA, confirming that the applicants successfully passed the examination.

19.  As part of the scheme, SHEN submitted applications for massage therapy licenses to DORA on behalf of the applicants.   As part of his fee, SHEN coordinated communications between the applicant and DORA to ensure that the applicants successfully obtained their MTLs from the State of Colorado.    In the course of submitting such applications, SHEN falsely certified to DORA that the information contained within the applications was true and correct, when in fact, SHEN knew the applications contained false information regarding the applicants' educational qualifications and satisfactory completion of examination requirements.

20.  Beginning on or about February 7, 2017, Colorado's Division of Private Occupational Schools ("DPOS") began an official investigation of Majestic.  In connection with this investigation, DPOS officials conducted an unannounced visit at Majestic Vocational Training Center after learning of potentially falsified student transcripts and other irregularities involving the school.   In connection with its regulatory and oversight duties,  DPOS also requested that DANIELS, among other things, produce copies of student files.   Shortly thereafter, DANIELS and SHEN worked together for several months during which time they

falsified numerous student files by creating fictitious student time sheets and course transcripts. SHEN later submitted such false documents to DORA in connection with various applicants' efforts to obtain their MTLs within the State of Colorado.

21.   As part of the scheme, SHEN and DANIELS, working together, assisted and facilitated multiple applicants in obtaining massage therapy licenses in Colorado based on fraudulent credentials and through the use of an unauthorized cheat sheet for the MBLEx.   In a number of cases, applicants also obtained their MTLs in other states as a result of SHEN and DANIEL's fraudulent scheme.

The Wires

22.   On or about the dates set forth below, in the State and District of Colorado, the defendants SHEN and DANIELS, for the purpose of executing the scheme described herein, did cause, and aided and abetted each other to cause, to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, as set forth below:

| COUNT | Date | Nature of Wire Communication |
|---|---|---|
| 1 | 9-15-16 | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-1 |
| 2 | 9-22-16 | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-2 |
| 3 | 9-28-16 | Email from FSMTB to Applicant-6 confirming receipt of application and payment for MBLEx |
| 4 | 10-20-16 | Email from FSMTB to Applicant-3 confirming receipt of application and payment for MBLEx |
| 5 | 10-25-16 | Email from FSMTB to Applicant-5 providing an authorization to test for the MBLEx |
| 6 | 11-1-16 | Electronic Transfer from FSMTB to DORA of MBLEx Score |

|    |          | Report for Applicant-3 |
|----|----------|------------------------|
| 7  | 11-9-16  | Electronic Transfer from FSMTB to DORA of MBLEx Score Report for Applicant-4 |
| 8  | 11-11-16 | Electronic Transfer from FSMTB to DORA of MBLEx Score Report for Applicant-5 |
| 9  | 11-22-16 | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-3 |
| 10 | 11-22-16 | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-4 |
| 11 | 12-1-16  | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-5 |
| 12 | 12-30-16 | Email from FSMTB to Applicant-8 confirming receipt of application and payment for MBLEx |
| 13 | 12-30-16 | Electronic Transfer from FSMTB to DORA of MBLEx Score Report for Applicant-7 |
| 14 | 1-3-17   | Email from FSMTB to Applicant-8 providing an authorization to test for the MBLEx |
| 15 | 1-6-17   | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-6 |
| 16 | 1-7-17   | Email from SHEN to DANIELS with false Majestic transcript for Applicant-6 |
| 17 | 1-9-17   | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-7 |
| 18 | 1-9-17   | Email on behalf of Applicant-2 to DORA falsely claiming that Applicant-2 completed 500 hours of massage education at Majestic |
| 19 | 2-6-17   | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-8 |
| 20 | 2-6-17   | Email on behalf of Applicant-9 to FSMTB providing copy of an identification in connection with MBLEx application |
| 21 | 2-17-17  | Electronic Transfer from FSMTB to DORA of MBLEx Score Report for Applicant-9 |

| 22 | 2-27-17 | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-9 |
| 23 | 3-27-17 | Email from DANIELS to SHEN requesting a Majestic time card for Applicant-4 |
| 24 | 3-29-17 | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-10 |
| 25 | 3-30-17 | Electronic Transfer from FSMTB to DORA of MBLEx Score Report for Applicant-11 |
| 26 | 4-2-17 | Email from SHEN to DANIELS with false Majestic time cards for various Applicants (Applicant-1, Applicant-7) |
| 27 | 4-5-17 | Email from DORA to Applicant-10 seeking proof of transcript showing 500 hours of massage school education |
| 28 | 4-5-17 | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-11 |
| 29 | 5-5-17 | Email from FSMTB to Applicant-12 providing an authorization to test for the MBLEx |
| 30 | 5-17-17 | Electronic Transfer from FSMTB to DORA of MBLEx Score Report for Applicant-12 |
| 31 | 5-22-17 | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-12 |
| 32 | 6-8-17 | Email from DORA to Applicant-11 seeking proof of time sheets showing 500 hours of massage school education |
| 33 | 6-20-17 | Electronic Transfer from FSMTB to DORA of MBLEx Score Report for Applicant-13 |
| 34 | 6-22-17 | Online Application for a Massage Therapy License submitted to DORA on behalf of Applicant-13 |
| 35 | 7-6-17 | Email from SHEN to Applicant-14 containing MBLEx questions and answers (cheat sheet) |
| 36 | 8-8-17 | Email on behalf of Applicant-13 to DORA inquiring about pending MTL application |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 37
(Conspiracy to Commit Wire Fraud)

23.     The allegations contained in paragraphs 1 through 22 of this Indictment are

hereby re-alleged as if set out in full and incorporated herein by reference.

24.     On or about February 16, 2015, and continuing through and including on or about

March 3, 2018, in the State and District of Colorado, and elsewhere, defendants SHEN,

DANIELS, and Applicants together and with other persons known and unknown to the Grand

Jury, conspired to commit wire fraud in violation of Title 18, United States Code, 1343.

All in violation of Title 18, United States Code, Sections 1349.

A TRUE BILL

Ink signature on file in Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

By:  s/  Tim R. Neff
     TIM R. NEFF
     Assistant United States Attorney
     U.S. Attorney's Office
     1801 California Street, Suite 1600
     Denver, CO  80202
     Telephone: (303) 454-0200
     Fax:  (303) 454-0406
     E-mail:  tim.neff@usdoj.gov
     Attorney for Government