PS 40A (Rev. 02/15) Notice Regarding Foreign Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement - DRO
Denver Field Office
12445 East Caley Avenue
Centennial, CO  80111

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

**Date:** 06/10/2019

**By** R. Villa

**Defendant:** Yongbo Shen
**Date of Birth:** 1971
**SSN:**

**Case Number:** 19-cr-00263-REB-1
**Place of Birth:** Jilin
**Alien ("A") Number:**

The above-named defendant surrendered Passport Number  EB0594325  (Issuing Country  People's Republic of China ) to the custody of the U.S. District Court on  06/10/2019 .
Received via certified mail on 06/10/2019.

**NOTICE OF DISPOSITION**

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court





**CERTIFIED MAIL**
7018 2290 0001 0708 4678

U.S. POSTAGE PAID
PM 2-Day
WESTFIELD, MA
01085
JUN 07, 19
AMOUNT
$13.65

**FROM:**
Yongbo Shen
51 Southwick Road
Westfield MA, 01085

**PRIORITY MAIL**

- Date of delivery specified.*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

**TO:**
Clerk of the District Court
United States District Court
District of Colorado
901 19th Street Room, A105
Denver, CO 80294





EP14F Oct 2018

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.